IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-00741-RPM

RANDOLPH KELMAN,

    Plaintiff,

v.

JAMIE FITZSIMONS,

    Defendant.

---

ORDER GRANTING MOTION TO WITHDRAW AND FOR EXTENSION OF TIME TO RESPOND TO DISCOVERY

---

    Pursuant to the hearing held today on the motion of plaintiff's counsel to withdraw appearance, filed August 27, 2008 and the motion to extend the date for service of discovery responses, also filed August 27, 2008, with Burton H. Levin appearing as counsel for the plaintiff and with Mr. Randolph Kelman, the plaintiff, appearing in person and Sean Lane appearing for the defendant and after statements of Mr. Levin and Mr. Kelman in response to the Court's questions, the Court finds and concludes that Mr. Kelman and Mr. Levin have agreed to terminate the attorney client relationship for this matter and therefore the motion to withdraw will be granted. After hearing the objections of Mr. Lane to extending the time for responses to the defendant's discovery, the Court concludes that the extension to October 8, 2008 is reasonable. Accordingly it is

    ORDERED that the motion of Burton Levin to withdraw is granted and he has no further responsibility for the representation of the plaintiff in this matter and it is

    FURTHER ORDERED that the plaintiff shall have to and including October 8, 2008

within which to respond to the defendant's discovery requests.

Dated: September 5, 2008

BY THE COURT:

s/ Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge