IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  08-cv-00741-RPM

RANDOLPH KELMAN,

     Plaintiff,

v.

JAMIE FITZSIMONS,

     Defendant.

---

## ORDER STRIKING AMENDED COMPLAINT

---

On June 1, 2009, the plaintiff filed an amended complaint, without complying with Fed.R.Civ.P. 15 and D.C.COLO.LCivR 7.1.  The defendant Jamie Fitzsimons filed a motion to strike the amended complaint for these reasons on June 16, 2009.  It is

ORDERED that the amended complaint is stricken.

Dated:   June 17th, 2009

                      BY THE COURT:

                      s/Richard P. Matsch
                      _____
                      Richard P. Matsch, Senior District Judge