IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  08-cv-00741-RPM

RANDOLPH KELMAN,

      Plaintiff,

v.

JAMIE FITZSIMONS,

      Defendant.

---

ORDER REMOVING CASE FROM CALENDAR CALL

---

      Upon consideration of the Notice of Proposed Settlement [29] filed on September 28, 2009, it is

      ORDERED that this action is removed from the October 2, 2009, Calendar Call and it is

      FURTHER ORDERED that the parties shall submit a stipulation for dismissal on or before October 9, 2009

      Dated:   September 29th,  2009

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____

                              Richard P. Matsch, Senior District Judge