IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  08-cv-00741-RPM

RANDOLPH KELMAN,

       Plaintiff,

v.

JAMIE FITZSIMONS,

       Defendant.

## ORDER FOR DISMISSAL

Pursuant to the Stipulation for Dismissal with Prejudice [31], filed on October 9, 2009, it is

ORDERED that this action is dismissed with prejudice, neither party being required to reimburse the other for attorneys' fees or costs incurred.

Dated:   October 13th,  2009

                                        BY THE COURT:

                                        s/Richard P. Matsch
                                        _____
                                        Richard P. Matsch, Senior District Judge